```
KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Deleisha Gilbert
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00371-MCE |
| Plaintiff, | STIPULATION AND ORDER: EXCLUSION OF TIME |
| v. | |
| DELEISHA GILBERT, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff and Kresta Daly, attorney for Deleisha Gilbert, that the previously scheduled trial confirmation hearing date of September 6, 2007, be vacated and the matter set for trial confirmation on September 13, 2007, at 9:00 a.m.

///
///
///
///
///

This continuance is requested due to the unavailability of defense counsel on September 6, 2007.  Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 13, 2007, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(H)(8)(b)(iv) and Local Code T4.

DATED:   September 11, 2007       Respectfully submitted,

                                                s/Kresta Daly
                                                KRESTA DALY
                                                Attorney for Defendant
                                                DELEISHA GILBERT

                                                s/Kresta Daly
DATED:   September 11, 2007       WILLIAM WONG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

DATED: September 17, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE