```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR S-03-371 MCE
                                 )
12               Plaintiff,      ) STIPULATION AND ORDER FOR
                                 ) CONTINUANCE OF HEARING RE: MOTION
13       v.                      ) FOR DISCOVERY
                                 )
14  DELESHIA GILBERT,            )
                                 )
15               Defendant.      )
    _____)
16
17       The United States of America, through its counsels of record,
18  McGregor W. Scott, United States Attorney for the Eastern District
19  of California, and William S. Wong, Assistant United States
20  Attorney, and defendant Deleshia Gilbert, through her attorney,
21  Kresta Daly, Esq., hereby stipulate and agree that the hearing
22  regarding motion for discovery scheduled for August 14, 2008, at
23  2:00 p.m. should be continued to August 28, 2008, at 2:00 p.m.
24       The parties seek additional time to resolve discovery issues
25  and respectfully request that the Court continue the hearing to
26  August 28, 2008, at 2:00 p.m.
27       The parties agree that time be excluded pursuant to 18 U.S.C. §
28  3161(h)(8)(B)(iv) - Local Code T-4 - reasonable time to prepare and
```

1

1  for continuity of counsel.  In addition, time should be excluded
2  pursuant to Local Code E - pending motion.  The parties agree that
3  time be excluded under these provisions for the reasons stated above
4  from August 14, 2008, to and including August 28, 2008.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: August 12 2008          By:  /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney


Dated: August 12 2008          By:  /s/ Kresta Daly
                                    KRESTA DALY, ESQ.
                                    Attorney for Defendant


**ORDER**

   Good cause having been shown, it is hereby ordered that this matter be set for August 28, 2008, at 2:00 p.m. and that time be excluded pursuant to Local Code T-4 and Local Code E.

DATED: August 12, 2008.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/gilbert0371.stipord

2