McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>           Plaintiff,          )<br>                               )<br>      v.                       )<br>                               )<br>DELESHIA GILBERT,              )<br>                               )<br>           Defendant.          )<br>_____) | No. 2:03-cr-00371-MCE<br><br>**STIPULATION AND ORDER<br>TO VACATE JURY TRIAL DATE** |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Deleshia Gilbert, through her counsel of record, Kresta Daly, Esq., stipulate and agree to vacate the jury trial date of September 15, 2008, and re-set the jury trial date for Monday, December 8, 2008, at 9:00 a.m. and a trial confirmation hearing on November 20, 2008, at 9:00 a.m.  The parties require additional time to resolve pending discovery issues and to work out a possible resolution to the case.

///

///

1

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T4 - additional time to adequately prepare from September 15, 2008, up to and including, December 8, 2008.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: August 22, 2008        By:  /s/ William S. Wong
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney

DATED: August 22, 2008        By:  /s/ Kresta Daly
                                          KRESTA DALY, ESQ.
                                          Attorney for Defendant

                                      ORDER

FOR GOOD CAUSE SHOWN, the jury trial date of September 15, 2008, is hereby vacated and continued to December 8, 2008, at 9:00 a.m. in Courtroom 7. The trial confirmation hearing date of September 4, 2008, is hereby vacated and a continued to November 20, 2008 at 9:00 a.m. in Courtroom 7. Furthermore, time is excluded for the reasons set forth above.

**IT IS SO ORDERED.**

Dated: August 25, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE