KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Deleisha Gilbert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:03-cr-00371-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER: |
| | ) | EXCLUSION OF TIME |
| v. | ) | |
| | ) | |
| DELEISHA GILBERT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff and Kresta Daly, attorney for defendant Deleisha Gilbert, that the previously scheduled hearing date of January 29, 2009, be vacated and the matter set for hearing on February 26, 2009, at 9:00 a.m.

This continuance is requested due as the parties are actively involved in negotiations which are expected to resolve this matter.  Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through January 29, 2009, should be

1

PDF created with pdfFactory trial version www.pdffactory.com

excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(H)(8)(b)(iv) and Local Code T4.

DATED:  January 26, 2009        Respectfully submitted,

__s/Kresta Daly_____
KRESTA DALY
Attorney for Defendant
DELEISHA GILBERT


__s/Kresta Daly_____
DATED:  January 26, 2009      WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff


**O R D E R**

    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

DATED: January 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2