KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorney for Deleisha Gilbert

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00371-MCE |
| Plaintiff, | SECOND AMENDED STIPULATION AND ORDER:EXCLUSION OF TIME |
| v. | |
| DELEISHA GILBERT, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, William S. Wong, Assistant United States Attorney, attorney for Plaintiff and Kresta Daly, attorney for defendant Deleshia Gilbert, that the previously scheduled hearing date of July 16, 2009, be vacated and the matter set for hearing on September 24, 2009, at 9:00 a.m.

   Defense counsel is going on maternity leave and unavailable until September 24, 2009.

DATED:  July 6, 2009          Respectfully submitted,

                               s/Kresta Daly
                              KRESTA DALY
                              Attorney for Defendant

1

DELEISHA GILBERT

DATED:  July 6, 2009
       s/Kresta Daly_____
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

DATED: July 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE