1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, CA 95814
4 Telephone: (916) 498-5700
carolyn_wiggin@fd.org
5

6 Attorney for Movant-Defendant
DELESHIA MONET GILBERT
7

8
UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, ) Case No. 2:03-cr-0371-MCE-EFB-16
  |                            )
12 |            Plaintiff,      )
  |                            ) STIPULATION AND [PROPOSED] ORDER
13 |       vs.                  ) TO EXTEND TIME TO FILE OBJECTIONS
  |                            ) TO THE MAGISTRATE JUDGE'S FINDINGS
14 | DELESHIA MONET GILBERT,    ) AND RECOMMENDATIONS
  |                            )
15 |            Defendant.      ) Judge: Hon. Edmund F. Brennan
  |                            ) United States Magistrate Judge
16 |_____)

17
   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States
18
Attorney, through Michele M. Beckwith, Assistant United States Attorney, attorneys for
19
Respondent-Plaintiff United States of America, and Heather Williams, Federal Defender,
20
through Assistant Federal Defender, Carolyn M. Wiggin, attorneys for Movant-Defendant
21
Deleshia Monet Gilbert, that Objections to the Magistrate Judge's Findings and
22
Recommendations, which are now due no later than July 2, 2018, be due no later than August 1,
23
2018.
24
   This extension of time is necessary given the complexity of this case and Ms. Gilbert's
25
counsel's schedule in the next month.
26

27

28

Stipulation and Order to Extend Time to File       -1-
Objections to Findings and Recommendations

| | | |
|---|---|---|
| DATED: June 19, 2018 | | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Carolyn M. Wiggin*<br>CAROLYN M. WIGGIN<br>Assistant Federal Defender<br>Attorney for Movant-Defendant<br>DELESHIA MONET GILBERT |
| DATED: June 19, 2018 | | McGregor W. Scott<br>United States Attorney<br><br>*/s/ Michele M. Beckwith*<br>MICHELE M. BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Respondent-Plaintiff<br>UNITED STATES OF AMERICA |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Objections to the Magistrate Judge's Findings and Recommendations, which are now due no later than July 2, 2018, shall be due no later than August 1, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge